AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Gregory Mijares<br>DOB: ▮<br><br>*Defendant(s)* | Case: 1:23-mj-241<br>Assigned To: Magistrate Judge Zia M. Faruqui<br>Date: 9/5/2023<br>Description: Complaint with Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil disorder; |
| 18 U.S.C. § 1752(a)(1) | Entering or remaining in any restricted building or grounds; |
| 18 U.S.C. § 1752(a)(2) | Disorderly and disruptive conduct in any restricted building or grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/05/2023

_____
*Judge's signature*

City and state: Washington, D.C.       Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*