AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
**Gregory Mijares**

)
)
)
)
)
)

Case: 1:23-mj-241
Assigned To: Magistrate Judge Zia M. Faruqui
Date: 9/5/2023
Description: Complaint with Arrest Warrant

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                **Gregory Mijares**                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil disorder;
18 U.S.C. § 1752(a)(1) - Entering or remaining in any restricted building or grounds;
18 U.S.C. § 1752(a)(2) – Disorderly and disruptive conduct in any restricted building or grounds,

Date:     09/05/2023

Zia M. Faruqui
2023.09.05 13:50:25
-04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/5/23 , and the person was arrested on *(date)* 9/8/23 at *(city and state)* Crown Point, Indiana . |

Date: 9/8/23

*Arresting officer's signature*

Patrick Cole – Special Agent (FBI)
*Printed name and title*