**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   )( | |
| )( | |
| v.   )( | Case No. 23-mj-241 (ZMF) |
| )( | |
| **GREGORY MIJARES**   )( | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**
**AND POINTS AND AUTHORITY IN SUPPORT THEREOF**

COMES NOW the defendant, Gregory Mijares, by and through undersigned counsel, and respectfully moves this Honorable Court to modify his conditions of release in this case by allowing him to have a bow and arrows for hunting. In support of this motion, Mr. Mijares would show:

1. In this case, Mr. Mijares is currently charged by complaint with three counts: 1) Civil Disorder (18 U.S.C. § 231(a)(3)), 2) Entering or Remaining in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1)), and 3) Disorderly or Disruptive Conduct in a Restricted Building or Grounds (18 U.S.C. § 1752 (a)(2)). Mr. Mijares is charged with these counts for conduct he allegedly engaged in outside the United States Capitol on January 6, 2021. Criminal Complaint (ECF #1).

2. Gregory Mijares resides in Indiana. He was arrested in this case in that state on or about September 8, 2023 . After his arrest, he appeared in the United States District Court for the District of Indiana. He was released on conditions. One of those conditions was that he not "possess [a] firearm[], destructive device, or another weapon." On September 19, 2021, Mr. Mijares appeared for the first in the United States District Court for the District of Columbia. He appeared remotely. Again, he was released on conditions. Again, one of his conditions is that he

not "possess [a] firearm[], destructive device, or another weapon." Order Setting Conditions of Release (ECF #9).  Mr. Mijares is still pending indictment at this time.

       3.       After his arrest in Indiana and prior to his appearance in this District, Mr. Mijares had, with the involvement of the Pretrial Services Agency (PSA) in Indiana, transferred certain firearms he had into the possession of a third party.  Mr. Mijares is an avid bow hunter.  PSA also had Mr. Mijares transfer his bows and arrows to a third party.

       4.       Mr. Mijares is 41.  He has no prior criminal history.  There is no indications that he used or even possessed a weapon in connection with the conduct he is charged with in this case.  There are no indications that Mr. Mijares has ever illegally used or possessed a weapon at any time.

       5.       Mr. Mijares is an avid bow hunter.  It is a principal source or recreation and socialization for him.  He wants to have a bow and arrows so he can pursue this activity while on release in this case.

       6.       The judicial officer who has imposed conditions release upon a defendant can modify those conditions at any time.  18 U.S.C. § 3142(c)(3).

       7.       Under 18 U.S.C. § 3142, a person on pretrial release may be restricted form possessing "a firearm, destructive device, or other dangerous weapon. " 18 U.S.C. § 3142(c)(1)(B)(viii).  However, such a restriction can only be put in place upon a finding that it is necessary to "reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(c)(1)(B).

       8.       There is no reason to think that Mr. Mijares would pose a danger to anyone or to the community if he is allowed to have a bow and arrows for hunting.  Accordingly, a condition of release requiring him not possess bows and arrows is unnecessary.

       9.       On October 20, 2023, undersigned counsel exchanged e-mails with Assistant United States Attorney Kaitlin Klamann about modifying Mr. Mijares' conditions of release so that he can possess a bow and arrows for hunting.  Ms. Klamann indicated that the government opposes allowing Mr. Mijares to have a bow and arrows while on release in this case.

10. In case number 23-cr-257 (TSC), in connection with the events at the United States Capitol on January 6, 2021, former President Donald Trump is charged by indictment with four counts: 1) Conspiracy to Defraud the United States (18 U.S.C. § 371), 2) Conspiracy to Obstruct an Official Proceeding (18 U.S.C. § 1512(k)) , 3) Obstruction of an Official Proceeding (18 U.S.C. § 1512(c)(2)), and 4) Conspiracy Against Rights (18 U.S.C. § 241). Indictment (ECF #1). In his case, Mr. Trump has not been restricted from having firearms, destructive devices, or any other weapons. Order Setting Conditions of Release (ECF #13). Upon information and belief, the government did not even request such a restriction for him.

WHEREFORE, the defendant, Gregory Mijares, moves this Honorable Court to modify his conditions of release so that he can have a bow and arrows for hunting.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Gregory Mijares
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 347-6101